RECEIVED
SEP 21 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

MR. Willie Terry, And
MR. Bobby Ford      Plaintiff(s)      )
                                      )
                                      )
        vs.                           ) Case No. ___  ___  ___
                                      )
Roger E. Walker, Melody J. Ford,      )
Warden Greg Lambert, C/O Kenner, or ) Kenya,
Lt. Schue, Lt. E.W. Low,              )
Charles Leonard, Warden Pierce, C/O   )
Smithson, Major David   Defendant(s)  )
Son, Dr. Angus, And Grievance Officer
P. Hastings, David A. Lingle, And      **COMPLAINT**
Anabelle Motteler, Dr. Jarvis,

I   ☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

    ☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

    ☐ Other

---

*Please note,' This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, MR. Willie Terry, No. # B-83383, and states as follows:

My current address is: Pontiac Correctional Center, P.O. Box 99, Pontiac Illinois, 61764.

The defendant Roger E. Walker, is employed as Director of the Ill. Dept. of Correction at 1301 Concordia Court, P.O. Box 19277, Springfield, Ill. 62794-9277

The defendant Melody J. Ford, is employed as Adm. Review Board Chairperson at Adm. R. Board 1301 Concordia Ct. P.O. Box 19277

The defendant **Warden Greg Lambert**, is employed as **Head Warden of Big Muddy Corr. Center** at

The defendant **C/O Kenner**, is employed as **Correctional Officer At Big Muddy Corr. Center** at _____

(revised 9/96)

The defendant **Lt. Schuler**, is employed as **Lt. At Big Muddy Corr. Center** at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION mSTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?  Yes  o  No ☒

If yes, please describe

**NONE**

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐  No ☒

C. If your answer to B is yes, how many? **NO**  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

    _____

2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge  NONE

4. Basic claim made  NONE

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)  NONE

6. Approximate date of filing of lawsuit  NONE

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒  No ☐  If your answer is no, explain why not
 I File A Grievance on each issue.

C. Is the grievance process completed?  Yes ☒  No ☐

PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY

## STATEMENT OF CLAIM

Place of the occurrence <u>Big Muddy C.C. /And Pontiac Corr Center</u>

Date of the occurrence <u>4-7-05 And 10-25-05</u>

Witnesses to the occurrence <u>o       CoV   A         E.</u>

State here briefly the FACTS that support your case. Describe how EACH defindant' . volved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
    THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Plaintiff states that inmate Dillard was placed in his cell, and had ask him if he mess around with other guys, than threaten Plaintiff. At which time Plaintiff inform Defendant Kenner that was working the unit, and Defendant Kenner refuse to help or protect Plaintiff, instead Defendant Kenner told other people Plaintiff was a Homosexual. At which time Allowing Plaintiff cellmate to Rape Plaintiff on 4-7-05. On 4-8-05 Defendant Lt. Schuler took Plaintiff to the health care, and a rape kit was did, an the Results was kept hidden from Plaintiff by Defendants Lt. Schuler, Melody Ford, Warden Lambert, and Roger E. Walker to Cover-up the Rape. And Plaintiff was Retaliationally transfer out the prison; And the matter was sweep under the table, denying Plaintiff's Grievance on the issue. / Claim II. On 10-25-05 while being in handcuffs I Plaintiff was viciously beaten by Defendants

Lieutenant Delong, Sgt. Leonard and C/O Smithson during the 7 to 3 P.M. Shift. As these Defendants enter my cell and began to Kick, Punch, and strike me in the ribs, stomach, back, and neck causing me great bodily pain, while Defendants Major Davidson and psych doctor Defendant Angus Stood-by doing nothing to stop them. I was then take to the Hospital where Defendant Dr. Jarvis Made False Medical reports to Conceal my injuries. I was then place again on Suicide watch and Put in (4) point restraints and left this way pass 11-1-05, than Put on 15 minute watch. On 11-14-05 Defendants Lingle and Motteler force me to hear two False disciplinary reports that was (14) days pass the Departmental Rule to hear a report causing my due process rights to be violated as Defendants Grievance officer P. Hastings concurred to the violation, along with Head warden Guy D. Pierce on 1-23-06. Plaintiff Grieve these issues to Springfield Adm. Review Board and the issues were denied and all of my evidence was taken from me, and deny to me to cover-up for Staff Misconduct/excessive Force and Rape to me. Plaintiff Continues to Suffer Nightmare, humiliation, degradation, Fear of Staff and Permanent Physical injuries
As a result of these two claims.
Along with Mortification of his
Dignity and Character.

It should also be noted that the Plaintiff is unable to read and write, nor does he know how to spell the simplest words, and this complaint is being wrote for him by another inmate. The Plaintiff is not well versed in civil law, and the court should notice that due to the Defendants connivingness, Plaintiff has nearly surpass the two year time frame to file his claims in court. Plaintiff therefor request the aid of a Court-Appointed Attorney to represent his claims in this matter, and he is willing to submit to any mental compliance test by the court to test the ability of the Plaintiff to litigate these claims on his own. It should be noted this case is in two different Districts and Plaintiff is requesting that either the case be made inter-Alia or this court forward the matter to the appropriate Judge in that District. [Please be advise your Honor that Plaintiff Bobby Ford is acting as lead counsel to aid Mr. Willie Terry]

Mr. Willie Nelson Terry
B# 83383
5/11/07 And.

Mr. Bobby Ford
N-20196

The Plaintiff request with all due respect that the court please issue summons to each name Defendant, at Both Prison and in the Springfield Adm. Review Board Office. Warden Pierce now works in Springfield, And Dr. Jarvis employment is unknown. Also Defendants Warden Lambert, C/O Kenner or Kenya, Lt. Schuler work at Big Muddy Corr. Center.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

DAMAGES: Plaintiff has suffered serious physical and emotional injury, including mental anguish and distress, pain and suffering as a result of the defendants actions and inactions. Wherefore, Plaintiff demand judgment as follows: declaring that the defendants violated the Plaintiffs Constitutional rights under the VIII, XIV, Amendment of the U.S. Constitution. Award Plaintiff compensatory damages in the amount of Fifty Thousand Dollars ($50,000.00) each defendant, and two hundred Thousand Dollars ($200,000.00) punitive damages each defendant. This Court has jurisdiction of this matter pursuant to 28 U.S.C. 1331 and 1343. Because the actions of defendants arose where they reside, and each is sued in their individual and official capacities.

**JURY DEMAND**   Yes ☒   No ☐

Signed this _____ day of _____

19___ ___

*( Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |



# UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
*309* U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 21, 2007

*07-1337*

Bobby Ford
N20126
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Dear Mr. Terry:

The Court is in receipt of your recent Complaint and Motion for Appointment of Counsel. The filing fee for a new complaint is $350.00. If you cannot afford to pay the filing fee, you must submit a Petition to Proceed In Forma Pauperis. Please use the attached forms and instructions to aid you in properly filing your complaint and submitting the required number of copies.

Very truly yours,

John M. Waters
Clerk of Court

Enclosures